# EXHIBIT A

## (12) United States Design Patent
### Vandenbussche

(10) Patent No.: **US D730,423 S**
(45) Date of Patent: ⁎⁎ **May 26, 2015**

(54) **CUBIC ACTION CAMERA**

(71) Applicant: **C & A Marketing**, Ridgefield, NJ (US)

(72) Inventor: **Gregoire Vandenbussche**, San Francisco, CA (US)

(73) Assignee: **C & A Marketing**, Ridgefield, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/478,443**

(22) Filed: **Jan. 5, 2014**

(51) **LOC (10) Cl.** ............................................... **16-01**
(52) **U.S. Cl.**
     USPC ........................................................ **D16/218**
(58) **Field of Classification Search**
     USPC ......... D16/200–205, 208, 218; 348/373–376; 396/535–541
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D118,296 S | * | 12/1939 | Tuomey | .................. | D16/205 |
| D441,386 S | * | 5/2001 | Yamazaki | .................. | D16/203 |
| D504,904 S | * | 5/2005 | Nagai et al. | .................. | D16/203 |
| D564,562 S | * | 3/2008 | Honma et al. | .................. | D16/218 |
| D585,925 S | * | 2/2009 | Kuo | .................. | D16/202 |
| D616,480 S | * | 5/2010 | Ookawa et al. | .................. | D16/218 |
| D713,868 S | * | 9/2014 | Yang et al. | .................. | D16/202 |
| 2013/0242181 A1 | * | 9/2013 | Phoon et al. | .................. | 348/374 |

* cited by examiner

*Primary Examiner* — Adir Aronovich
(74) *Attorney, Agent, or Firm* — LaMorte & Associates, P.C.

(57) **CLAIM**

The ornamental design for a cubic action camera, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and right side perspective view of a cubic action camera showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7