

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey  08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
May 11, 2016

Mark S. Olinsky, Esquire
Sills Cummis & Gross PC
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400

Frederick L. Whitmer, Esquire
Kilpatrick Townsend & Stockton LLP
1114 Avenue of The Americas
21st Floor
New York, NY 10036

    Re:   **C&A Marketing, Inc. v. GoPro, Inc., et al.**
          **Civil No. 15-7854 (RMB/JS)**

Dear Counsel:

    In response to the parties' recent letters regarding whether a Markman hearing will be held, the parties are advised that at this time the Court is not inclined to hold the hearing.

                    Very truly yours,

                    s/ Joel Schneider

                    JOEL SCHNEIDER
                    United States Magistrate Judge

JS:jk
cc: Hon. Renée Marie Bumb